Trey A. Monsour
Tex. Bar No. 14277200
FOX ROTHSCHILD LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone: (214) 231-5796
Facsimile: (972) 404-0516
E-mail:  tmonsour@foxrothschild.com

*[Proposed] Counsel for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>Dogs Are People Too, LLC, et al.,[1]<br><br>Debtors | Case No. 24-33079(V)<br><br>Jointly Administered |

### DEBTORS' PRE-STATUS CONFERENCE REPORT PURSUANT TO 11 U.S.C. 1188(c)

Dogs Are People Too, LLC ("DAPT") and Copeford Holdings, LLC ("Copeford"), as debtors and debtors-in-possession in the above captioned chapter 11 cases ("Debtors") pursuant to 11 U.S.C. § 1188(c) and the Court's Scheduling Order and Notice of Status Conference [ECF No. 62], provides the following report that details the efforts Debtors have undertaken and will undertake in these Chapter 11 Cases.

1. On September 30, 2024, Debtors filed separate voluntary petitions for relief under subchapter V of chapter 11 of the United States Bankruptcy Code (the "Petition Date").

2. The Court scheduled the status conference required by 11 U.S.C. § 1188(a) to take place on November 13, 2024, at 9:30 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Dogs Are People Too, LLC (1191); Copeford Holdings, LLC (0632)

3. Debtors filed the Declaration of Stacey Copeland in Conformance with Bankruptcy Code Section 1116(1)(B) in satisfaction of the filing requirements under Bankruptcy Code Section 1187 [ECF No. 20].

4. Debtors requested, and the Court granted, extensions for Debtors to file their respective schedules and statement of financial affairs [ECF No. 46]. Both Debtors have now filed their schedules and statement of financial affairs. [ECF No. 70, 71, 72][2].

5. Debtors served notice of the commencement of these Chapter 11 Cases on all creditors and parties in interest.

6. The Section 341 Meeting is scheduled for November 7, 2024, at 1:00 p.m.

7. Debtor DAPT is a franchisee of the franchise Camp Bow Wow and is in the business of dog grooming, daycare, and boarding. DAPT operates at 1104 S Highway 67, Cedar Hill, Texas 75103. Copeford owns the real property located at 1104 S Highway 67 and is the landlord to DAPT.

8. Debtors are in negotiations to secure replacement financing. Replacement financing will be the basis of any Plan of Reorganization.

Dated: October 30, 2024

**FOX ROTHSCHILD LLP**

/s/ Trey A. Monsour
Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX 75201
Tel: (214) 231-5796: Fax: (972) 404-0516
E-mail: tmonsour@foxrothschild.com

[Proposed] Counsel for Debtors

---

[2] Schedules and statement of financial affairs for Copeford were filed on Copeford's docket: Case No. 24-33080.

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, a true and correct copy of the above and foregoing was filed electronically, and notice was served via the court's CM/ECF system on all parties entering an appearance and requesting such notice in this case, all parties on Exhibit A via first class mail and all parties on Exhibit B via email.

/s/ Trey A. Monsour
Trey A. Monsour

164323661.1

EXHIBIT "A"

| | |
|---|---|
| American Express<br>200 Vesey Street<br>New York, NY 10285-3106 | Capital One Bank<br>1680 Capital One Drive<br>McLean, VA 22102 |
| Chase NA<br>383 Madison Ave<br>New York, NY 10017 | Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203 |
| Palm Beach County Tax Office<br>Attn: Legal Services<br>PO Box 3715<br>West Palm Beach, FL 33402 | Savvy FL LLC<br>PO Box 1000 3035<br>Memphis, TN 38148-0001 |
| Small Business Administration<br>4300 Amon Carter Road<br>Fort Worth, TX 76155 | Sunflower<br>8116 Preston Rd., Suite 220<br>Dallas, TX 75225 |
| U.S. Dept. of Justice<br>Office of the U.S. Trustee<br>1100 Commerce Street, Rm 976<br>Dallas, TX 75242 | Atmos Energy<br>1800 Three Lincoln Centre<br>5430 LBJ Freeway<br>Dallas, TX 75240 |
| City of Cedar Hill (Water Dept)<br>285 Uptown Blvd, Bldg 100<br>Cedr Hill, TX 75104 | Diamond Voice<br>124 Lofton St., Suite 200<br>Cedar Hill, TX 75104 |
| American Security Devices<br>1247 American Pkwy<br>Richardson, TX 75081 | Spectrum Business<br>4145 S. Falkenburg Rd.<br>Riverview, FL 33578-8652 |

Chase  
270 Park Ave  
New York, NY 10017

Chase NA  
383 Madison Ave  
New York, NY 10017

NRG  
910 Louisiana St  
Houston, TX 77002

Regions Bank\  
P.O. Box 2224  
Birmingham, AL 35246-3042

Sunflower  
27701 Dallas Parkway, Suite 180  
Plano, TX 75093

Relay Bank  
60 Adelaide East, Suite 700  
Toronto, ON, CANADA  
M5C 3E4

SBA  
1500 Pennsylvania Ave., NW  
Washington, DC 20220

Relay Bank  
590 Madison Ave  
New York, NY 10022

NRG Business  
PO Box 1532  
Houston, TX 77251-1532

Atmos Energy  
PO Box 740353  
Cincinnati, OH 45274-0353

CHARTER COMMUNICATIONS  
PO BOX 60074  
CITY OF INDUSTRY CA 91716-0074

Charles Schwab & Co., Inc.  
c/o CT Corporation System  
1999 Bryan St., Suite 900  
Dallas, TX 75201

VeLinda L Hunter, Bankruptcy Group  
c/o Atmos Energy Corporation  
PO Box 650205  
Dallas, TX  75265-0205

Ashley Wilden, Accounts Receivable  
c/o American Security Devices  
1247 American Pkwy  
Richardson, TX 75081

Dawn Whalen Theiss
Assistant United States Attorney
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699

163475143.1

# EXHIBIT "B"

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Michael Paul Menton on behalf of Creditor Sunflower Bank
mmenton@settlepou.com

Scott M. Seidel -SBRA V
scott@scottseidel.com, csms11@trustesolutions.net;susan.seidel@earthlink.net

John Kendrick Turner on behalf of Creditor Dallas County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Susan Hersh, Esq. (Office of the United States Trustee)
Susan.Hersh@usdoj.gov

Asher Bublick, Esq. (Office of the United States Trustee)
Asher.Bublick@usdoj.gov
 Dawn.Theiss@usdoj.gov (SBA)