## Dogs Are People Too, LLC

### Profit and Loss
January - December 2024

**Exhibit 1.a**

|  | TOTAL |
|---|---:|
| **Income** | |
|   4010 Boarding | 415,236.32 |
|   4020 Daycamp | 162,202.56 |
|   4030 Grooming | 68,351.63 |
|   4070 Retail Product | 5,076.99 |
|   4080 Enrichment | 15,173.48 |
|   4100 Interest Income | 1.55 |
|   Investment Loss/Gain | 6,860.24 |
| **Total Income** | **$672,902.77** |
| **Cost of Goods Sold** | |
|   5000 Cost Of Goods Sold | |
|     5010 Retail Products | 6,994.12 |
|     5020 Grooming Supplies | 894.03 |
|     5040 Enrichment Supplies | 644.51 |
|     5050 Kennel Supplies | 964.88 |
|     5070 Royalty Fees | 45,888.80 |
|   **Total 5000 Cost Of Goods Sold** | **55,386.34** |
| **Total Cost of Goods Sold** | **$55,386.34** |
| **GROSS PROFIT** | **$617,516.43** |
| **Expenses** | |
|   6010 Salary Expense - Camp Managers/Asst Managers | 82,835.02 |
|   6020 Salary Expenses - Camp Scouts | 9,507.06 |
|   6030 Salary Expense- Camp Counselors | 200,715.54 |
|   6050 Salary Expense - Groomers | 19,056.43 |
|   6085 Salary Expense - Director | 42,675.29 |
|   6090 Insurance - Employee Benefit Plan | 4,011.40 |
|   6085 Wages & Benefits | |
|     Salary Expense - Owners Pay | 0.00 |
|   **Total 6085 Wages & Benefits** | **0.00** |
|   6094 Payroll Taxes - Employer | 28,945.18 |
|   6520 Lodging | 220.39 |
|   6530 Airfare | 100.00 |
|   6550 Meals & Entertainment | 373.49 |
|   6600 Other Miscellaneous Expenses | |
|     6620 Bank Charges | 1,141.94 |
|     6635 Computer Expense - Software License | 4,041.89 |
|     6637 Credit Card Fees | 18,751.34 |
|     6645- Dues & Subscriptions | 10.61 |
|     6655 Gifts Expense | 438.77 |
|     6665 Office Supplies Expense | 2,478.63 |
|     6667 Breakroom Supplies | 983.89 |

|  | TOTAL |
|---|---:|
| 6670 Postage | 8.71 |
| 6675 Printing | 268.95 |
| 6690 Uniforms | 342.35 |
| 6695 Veterinarian Expense | 67.33 |
| **Total 6600 Other Miscellaneous Expenses** | **28,534.41** |
| 6685 Training Expense - Conferences/Books/Classes | 1,247.09 |
| 6800 Advertising & Marketing |  |
|   6810 Internet | 17,671.75 |
|   6820 Print | 3,033.53 |
|   6840 Product Promotions | 494.58 |
|   6850 Events | 2,837.03 |
|   6860 Other | 4,116.88 |
|   6870 National Marketing Fees | 6,555.55 |
| **Total 6800 Advertising & Marketing** | **34,709.32** |
| 6910 Professional Fees - Accounting | 5,328.73 |
| 6920 Professional Fees - Legal | 10,588.00 |
| 6930 Professional Fees - Other | 6,662.21 |
| 6950 Contract/Temporary Labor | 911.75 |
| 7010 Rent - Building | 82,425.00 |
| 7040 Rent - Office Equipment | 1,232.83 |
| 7115 Housekeeping Supplies | 1,045.27 |
| 7120 Electric and Gas Expense | 6,633.69 |
| 7130 Internet | 2,395.82 |
| 7160 Security System Expense | 3,486.15 |
| 7170 Telephone Expense | 2,091.12 |
| 7180 Utilities Expense | 4,415.70 |
| 7190 Waste Disposal Expense | 1,006.72 |
| 7610 Maintenance Repair/ Expense - Building | 3,308.69 |
| 7630 Equipment Repairs & Maintenance | 1,583.51 |
| 7726 Auto Repairs & Maintenance | 2,359.58 |
| 8120 Interest Expense |  |
|   8121 Interest Exp - EIDL Loan | 10,316.50 |
|   8122 Interest Exp - SBA 7A Loan | 7,884.17 |
|   8123 Interst Exp - Credit Cards | 3,113.87 |
|   8124 Interest Exp - LOC | 2,322.10 |
| **Total 8120 Interest Expense** | **23,636.64** |
| Office Supplies & Software | 143.94 |
| Payroll Expenses |  |
|   Wages | 0.00 |
| **Total Payroll Expenses** | **0.00** |
| **Total Expenses** | **$612,185.97** |
| NET OPERATING INCOME | $5,330.46 |
| Other Income |  |
|   8100 Interest Earned | 9.00 |
|   Dividend Income | 632.75 |
|   Foster Dog Fund | 3,498.00 |
|   Non-Taxable Tips Received | 27,784.51 |

|  | TOTAL |
|---|---|
| Sponsorship | 2,010.00 |
| **Total Other Income** | **$33,934.26** |
| **NET OTHER INCOME** | **$33,934.26** |
| **NET INCOME** | **$39,264.72** |

# Copeford Holdings, LLC

**Exhibit 1.b**

Profit and Loss

January - December 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|   Rental Income | |
|     Rental Income - 1100 S Hwy 67 | 54,040.00 |
|     Rental Income - 1104 S. Hwy 67 | 69,300.00 |
|     Rental Income - 1108 S. Hwy 67 | 1,660.81 |
|   **Total Rental Income** | **125,000.81** |
| **Total Income** | **$125,000.81** |
| **GROSS PROFIT** | **$125,000.81** |
| **Expenses** | |
|   Bank Service Charges | 335.00 |
|   Building Maintenance | 1,211.87 |
|   Insurance Expense | 13,623.90 |
|   Interest Expense | 64,657.21 |
|   Professional Fees | 32,967.79 |
|   Repairs and Maintenance | 3,068.49 |
| **Total Expenses** | **$115,864.26** |
| **NET OPERATING INCOME** | **$9,136.55** |
| **Other Expenses** | |
|   Property Tax | |
|     Taxes Paid | 1,500.00 |
|   **Total Property Tax** | **1,500.00** |
|   Reconciliation Discrepancies | 305.49 |
| **Total Other Expenses** | **$1,805.49** |
| **NET OTHER INCOME** | **$ -1,805.49** |
| **NET INCOME** | **$7,331.06** |

# Dogs Are People Too, LLC

## Balance Sheet Summary

As of February 28, 2025

**Exhibit 1.c**

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | 36,201.92 |
|     Other Current Assets | 47,644.62 |
|   **Total Current Assets** | **$83,846.54** |
|   Fixed Assets | 633,194.75 |
|   Other Assets | 0.00 |
| **TOTAL ASSETS** | **$717,041.29** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | 0.00 |
|       Credit Cards | 40,866.45 |
|       Other Current Liabilities | 5,909.16 |
|     **Total Current Liabilities** | **$46,775.61** |
|     Long-Term Liabilities | 423,705.79 |
|   **Total Liabilities** | **$470,481.40** |
|   Equity | 246,559.89 |
| **TOTAL LIABILITIES AND EQUITY** | **$717,041.29** |

# Copeford Holdings, LLC

## Balance Sheet

### As of February 28, 2025

**Exhibit 1.d**

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|  Current Assets | |
|   Bank Accounts | |
|    NEW Copeford Checking | 343.63 |
|  **Total Bank Accounts** | **$343.63** |
|   Other Current Assets | |
|    Dog Are People Too | 0.00 |
|    Uncategorized Asset | 0.00 |
|  **Total Other Current Assets** | **$0.00** |
|  **Total Current Assets** | **$343.63** |
|  Fixed Assets | |
|   Fixed Assets (Tangible & Intangible) | |
|    Accumulated Depreciation | -50,187.00 |
|    Building | 529,857.49 |
|    Furniture & Fixtures | 8,765.69 |
|    Goodwill | 5,000.00 |
|    Leasehold Improvements | 610,066.66 |
|    Machinery & Equipment | 55,056.00 |
|  **Total Fixed Assets (Tangible & Intangible)** | **1,158,558.84** |
|  **Total Fixed Assets** | **$1,158,558.84** |
| **TOTAL ASSETS** | **$1,158,902.47** |
| **LIABILITIES AND EQUITY** | |
|  Liabilities | |
|   Current Liabilities | |
|    Accounts Payable | |
|     Accounts Payable | 0.00 |
|  **Total Accounts Payable** | **$0.00** |
|    Other Current Liabilities | |
|     Bank Fee | -447.59 |
|  **Total Other Current Liabilities** | **$ -447.59** |
|  **Total Current Liabilities** | **$ -447.59** |
|   Long-Term Liabilities | |
|    SBA CDC Loan x3686 | 569,677.75 |
|    SBA Realestate Loan x3685 | 633,963.94 |
|  **Total Long-Term Liabilities** | **$1,203,641.69** |
|  **Total Liabilities** | **$1,203,194.10** |
|  Equity | |
|   Additional Paid in Capital | 459,052.00 |
|   Opening Balance Equity | -579,142.03 |
|   Owner Draws | -1,000.00 |

# Copeford Holdings, LLC

## Balance Sheet

As of February 28, 2025

|  | TOTAL |
|---|---:|
| Owner Equity | 134,660.88 |
| Retained Earnings | -39,587.59 |
| Net Income | -18,274.89 |
| **Total Equity** | **$ -44,291.63** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,158,902.47** |