**SEIDEL LAW FIRM**
Scott M. Seidel, SBRA V trustee
6505 W. Park Blvd., Ste. 306
Dallas, Texas 75093
214-234-2500
www.txnb.uscourts.gov

In Re: 24-33079 DOGS ARE PEOPLE TOO/ 24-33080 COPEFORD HOLDINGS SBRA V debtors

**Professional Fees**

| Date | Description | Hours | Amount | Atty. |
|---|---|---|---|---|
| 10/08/2024 | Enter matter into trustee case software, request docket entries and matrix | 0.30 | $52.50 | SS |
| 10/11/2024 | Entry of Order granting joint administration to software to combine dockets and future pleadings. | 0.10 | $17.50 | SS |
| 10/22/2024 | Telephone call with counsel -debtor; receipt and review of pleadings; attendance at emergency cash collateral hearing | 1.50 | $780.00 | SMS |
| 10/24/2024 | Enter details of scheduling order DN 62 into case and calendar | 0.30 | $52.50 | SS |
| 11/07/2024 | Receipt and review of documents and pleadings as well as schedules and SOFA. Prepare for and attendance at 341 meeting of creditors | 1.60 | $832.00 | SMS |
| 11/12/2024 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 11/13/2024 | Attendance at status conference | 0.60 | $312.00 | SMS |
| 11/19/2024 | Prepare for and attendance at interim cash collateral hearing | 0.60 | $312.00 | SMS |
| 11/21/2024 | Receipt and review of Operating Report/DIP Report for both debtors DNs 88, 89 | 0.30 | $156.00 | SMS |
| 12/03/2024 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 12/04/2024 | Attendance at continued 341 meeting of creditors | 0.40 | $208.00 | SMS |
| 12/05/2024 | Receipt and review of Applications for Employment of debtor counsel and financial advisors; attendance at hearing thereon | 1.50 | $780.00 | SMS |
| 12/23/2024 | Receipt and review of Operating Report/DIP report DN 106 | 0.20 | $104.00 | SMS |
| 01/07/2025 | Receipt and review of multiple emails;  budget and order | 0.50 | $260.00 | SMS |
| 01/22/2025 | Receipt and review of Operating Report/ DIP report DN 122 | 0.20 | $104.00 | SMS |
| 01/22/2025 | Receipt of 2 post-petition deposits, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 02/12/2025 | Extensive telephone call with debtors' counsel re: case | 0.30 | $156.00 | SMS |
| 02/13/2025 | Telephone call with Debtor counsel and U.S.T . | 0.90 | $468.00 | SMS |
| 02/14/2025 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 02/20/2025 | Receipt and review of Operating Report/ DIP report DN 134 | 0.20 | $104.00 | SMS |
| 02/20/2025 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 02/27/2025 | Multiple emails re: case | 0.10 | $52.00 | SMS |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| 03/17/2025 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 03/24/2025 | Receipt and review of Operating Report/ DIP report DN 148 | 0.20 | $104.00 | SMS |
| 03/27/2025 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 04/03/2025 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 04/15/2025 | Attendance at emergency cash hearing (increasing amounts allowed) | 0.20 | $104.00 | SMS |
| 04/17/2025 | Receipt and review of Operating Report/ DIP report DN 155 | 0.20 | $104.00 | SMS |
| 04/21/2025 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 04/29/2025 | Prepare for and attendance at Confirmation hearing | 1.90 | $988.00 | SMS |
| 05/01/2025 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 05/15/2025 | Receipt of post-petition deposit, generate banking deposit for estate account | 0.10 | $17.50 | SS |
| 05/21/2025 | Receipt and review of Operating Report/ DIP report DN 170 | 0.20 | $104.00 | SMS |
| 05/30/2025 | Prepare Fee Application and proposed Order | 0.90 | $468.00 | SMS |
| | | **14.3** | **$6,815.00** | |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 04/29/2025 | Travel to hearing | $27.50 |
| 04/29/2025 | Toll charges for hearing on confirmation | $12.00 |
| 04/29/2025 | Parking for confirmation hearing | $12.00 |
| 05/30/2025 | Case copies | $14.60 |
| | | **$66.10** |

**Invoice Amount:**     $6,881.10